1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:     (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  LITTANOVONE KEOPADUBSY

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   Case No. CR-S-13-078 MCE-3
                                 )
12           Plaintiff,          )   **STIPULATION TO MODIFY TERMS OF**
                                 )   **PRETRIAL RELEASE; ORDER**
13      v.                       )
                                 )   Date: N/A
14                               )   Time: N/A
                                 )   Judge: Hon. DALE A. DROZD
15 LITTANOVONE KEOPADUBSY        )
                                 )
16           Defendants.
   _____
17
        IT IS HEREBY STIPULATED by and between the parties hereto through
18
   their respective counsel, undersigned hereto, that the terms of the
19
   defendant's pretrial release be modified as follows:
20
        The release term that the defendant be on electronic monitoring is
21
   to be removed forthwith.
22
        PRETRIAL SERVICES HAS SUGGESTED THIS ACTION.
23

24
   DATED: June 6, 2013.          Respectfully submitted,
25
                                 MARK J. REICHEL, ESQ.
26
                                 */s/ MARK J. REICHEL*
27                               MARK J. REICHEL

28

```
                                    Attorney for defendant


                                    BENJAMIN WAGNER
                                    United States Attorney

DATED: June 6, 2013                 /s/MARK J. REICHEL for:
                                    PAUL HEMESETH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.  All remaining terms and conditions of the defendant's release shall remain in full force and effect.

DATED: June 6, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
keopadubsy0078.stipord.mod.coa.wpd

2