MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
Keopadubsy

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LITTANOVNE KEOPADUBSY,<br><br>    Defendant. | No. 2:13-cr-00078 MCE<br><br>WAIVER OF PRESENCE<br><br><br>Judge: MORRISON C. ENGLAND, JR. |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

1

    Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of the defendants' attorney, the same as if the defendant was personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in the defendant's absence.

    The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

    The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: January 22 2014

                                      /S/
                                      LITTANOVANE KEOPADUBSY
                                (Original retained by attorney)

    I agree with and consent to my client's waiver of appearance.

Dated: JANUARY 22, 2014

                                      */s/ Mark J. Reichel*
                                      MARK J. REICHEL
                                      Attorney for Defendant

**ORDER**

It is hereby ordered that Defendant LITTANOVNE KEOPADUBSY's waiver of appearance is valid and accepted by the Court.

Dated:  January 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT