MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
LITTANAVONE KEOPADUBSY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LITTANAVONE KEOPADUBSY, et al<br><br>Defendants. | No. 2:13-cr-078 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  MAY 15, 2014<br>Time:  9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

IT IS HEREBY stipulated by and between the parties hereto through their respective counsel, undersigned hereto, that the current status conference be rescheduled for May 15, 2014 at 9:00 a.m.

Defense counsel continues to investigate the case and is engaged in negotiations to resolve the matter with the United States.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 15, 2014 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. Section 3161(h)(7)(B) (iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Dated: April 14, 2014            /s/ *MARK J. REICHEL*
                                            MARK J. REICHEL
                                            Attorney for Defendant

Dated: April 14, 2014            BENJAMIN B. WAGNER
                                            United States Attorney

                           by:     /s/ *MARK J. REICHEL for*
                                            PAUL HEMESETH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## ORDER

For the reasons set forth above, the Court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: April 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT