BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 2:13-cr-00078 MCE |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER |
| v.  ) | |
| ) | |
| LITTANOVONE KEOPADUBSY,  ) | |
| ) | |
| Defendant.  ) | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Mark Reichel, counsel for LITTANOVONE KEOPADUBSY, that a change-of-plea hearing be set for and that the matter be re-calendared for December 11, 2014, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Defense counsel is reviewing substantial discovery materials, including hours of video and audio recordings concerning the alleged conduct.

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between October 23, 2014, and December 11, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.[1]

Dated: November 13, 2014           /s/ Paul Hemesath
                                   Paul Hemesath
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Dated: November 13, 2014           /s/ Mark Reichel
                                   Mark Reichel
                                   Counsel for Defendant
                                   LITTANOVONE KEOPADUBSY

**O R D E R**

The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties have stipulated, by previous motion, to exclude time from October 23, 2014 through November 13, 2014. This stipulation and proposed order covers that time period and the additional time period through the proposed hearing date.

2