BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LITTANOVONE KEOPADUBSY,<br><br>                              Defendant. | CASE NO.  2:13-CR-00078 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 11, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 11, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until January 15, 2015, and to exclude time between December 11, 2014, and January 15, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes hours of video recordings and voluminous reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

///

b)      Counsel for defendant desires additional time to consult with his client and review the materials.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2014 to January 15, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  December 16, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney

8

9                                              /s/ PAUL A. HEMESATH
                                               PAUL A. HEMESATH

10                                             Assistant United States Attorney

11

12  Dated:  December 16, 2014                  /s/ MARK REICHEL
                                               MARK REICHEL

13                                             Counsel for Defendant
                                               LITTANOVONE KEOPADUBSY

14

15

16

17                              **ORDER**

18    IT IS SO ORDERED.

19  DATED:  December 24, 2014

20

21  _____
    MORRISON C. ENGLAND, JR. CHIEF JUDGE

22  UNITED STATES DISTRICT COURT

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING EXCLUDABLE TIME      3
PERIODS UNDER SPEEDY TRIAL ACT